ANNA GUNDERSEN et al., Respondents, *v.* THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.

(Argued November 27, 1934; decided December 31, 1934.)

*H. Spencer Bregoff* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.